AO91 (Rev. 12/03)  Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                **CRIMINAL COMPLAINT**
                        vs.

Srikugan KOKULAN                                             Case Number: 1:19-po-423
 A201 526 340  Sri Lanka

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  January 10, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 10, 2019. The defendant is a citizen of Sri Lanka who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on January 10, 2019 thus avoiding immigration inspection.

The defendant had no funds in his possession at the time of his arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Peterson, Clayton E.  Border Patrol Agent
Signature of Complainant

Peterson, Clayton E.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 12, 2019                                             at   Brownsville, Texas
Date                                                              City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge          Title of Judge                            Signature of Judge